Underwood v. Fosha.

---

A. F. UNDERWOOD, *Appellant*, v. HENRY F. FOSHA *et al.*, *Appellees*.

No. 16,851.

HEADNOTE BY THE REPORTER.

NEGOTIABLE INSTRUMENTS—*Innocent Purchaser—Good Faith.* In an action on a negotiable note held that an allegation that the plaintiff acquired title by indorsement from the payee was supported by evidence that the title reached him through intervening indorsees; also, that the evidence required the question of the good faith of his purchase to be submitted to the jury.

Appeal from Riley district court. Opinion filed June 10, 1911. Reversed.

*George E. Stoker*, and *John W. Newell*, for the appellant.

*Robert J. Brock*, for the appellees.

*Per Curiam:* The plaintiff had the right to disregard subsequent transfers and to allege a transfer by indorsement and delivery by the payee directly to him-

self. The admission or the proof of subsequent transfers in fact in such a case does not constitute a variance. '

The plaintiff's evidence was sufficient to carry the question of the good faith of his purchase to the jury.

The judgment is reversed and the cause is remanded.